IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAL D. KENNEDY, SR. | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 13-2678 |
| v. | : | |
| | : | |
| ARAMARK CORPORATION, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 24th day of April 2015, upon consideration of Defendants' *motions for summary judgment* pursuant to Federal Rule of Civil Procedure 56(c), [ECF 104, 105, 108, 109, 113, 114], no response in opposition thereto, and consistent with the Memorandum Opinion filed on this day, it is hereby **ORDERED** that the motions are **GRANTED**. Plaintiff's second amended complaint is **DISMISSED** as to all Defendants.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.